

# Fourth Court of Appeals
## San Antonio, Texas

June 4, 2014

No. 04-14-00356-CV

**IN RE JOURDANTON HOSPITAL CORPORATION**
d/b/a South Texas Regional Medical Center

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Catherine Stone, Chief Justice
               Karen Angelini, Justice
               Rebeca C. Martinez, Justice

On May 19, 2014, relator filed a petition for writ of mandamus. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real party in interest may file a response to the petition in this court no later than June 18, 2014.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on June 4th, 2014.           PER CURIAM

ATTESTED TO: _____

Keith E. Hottle
Clerk of Court



---

[1] This proceeding arises out of Cause No. 13-02-0080-CVA, styled *Stephanie Riley v. Jourdanton Hospital Corporation d/b/a South Texas Regional Medical Center*, pending in the 218th Judicial District Court, Atascosa County, Texas, the Honorable Stella Saxon presiding.